# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

SPRINGFIELD DIVISON

**APPEARANCE**

STATE AUTO PROPERTY AND CASUALTY INS. CO.,

v.                                    Case Number:  08-3043

A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C.,
an Illinois limited liability company, et al.,

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

         STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY

   I certify that I am admitted to practice in this court.

February 13, 2008
Date

/S/ ROBERT MARC CHEMERS
Signature

ROBERT MARC CHEMERS
PRETZEL & STOUFFER, CHARTERED    00431508
Print Name                        Bar Number

ONE SOUTH WACKER DRIVE, SUITE 2500
Address

CHICAGO    ILLINOIS    60606
City       State       Zip Code

(312) 578-7548    (312) 346-8242
Phone Number     Fax Number