063594.0347(207)     RMC:ddm
063595.0347(207)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK, )<br><br>Defendants. ) | No. 3:08-cv-03043-JES-CHE |

### MOTION FOR ENTRY OF DEFAULT BY THE CLERK

Now comes the Plaintiff, State Auto Property and Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby asks the Court's Clerk to enter a default against the Defendant Alan LaRochelle, and, in support hereof, the Plaintiff states the following:

1.    Plaintiff filed its Complaint in this matter on February 15, 2008.

2.    On February 19, 2008, the Plaintiff caused a Request for Waiver of Service of Summons, along with the appropriate Waiver of Service of Summons form required by Rule 4(d) of the Federal Rules of Civil Procedure to be sent to the aforesaid Defendant.

3.    Defendant Alan LaRochelle returned the executed Waiver of Service of Summons form to the Plaintiff's counsel, who caused the form to be filed with the Court on March 5, 2008. *See* ECF Doc. 4.

4.    Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the Defendant originally had 60 days from February 19, 2008 in which to serve and file a responsive pleading to the Plaintiff's Complaint for Declaratory Judgment. Defendant Alan LaRochelle's responsive pleading was set by the Court as due on April 21, 2008.

5.    Defendant Alan LaRochelle has not appeared or filed anything in the present case, either by himself or by retained counsel, and because the set response date of April 21, 2008 has elapsed, the Defendant is in default.

6.    Under Rule 55(a), the Clerk should enter the Default of Defendant Alan LaRochelle.

WHEREFORE, the Plaintiff respectfully asks that the Court's Clerk enter the default of Defendant Alan LaRochelle forthwith.

s/ Robert Marc Chemers
Bar Number: 00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:    (312) 578-7548
Fax:          (312) 346-8242
E-Mail:  rchemers@pretzel-stouffer.com
*Attorney for Plaintiff*

## CERTIFICATE OF FILING

The foregoing Motion for Entry of Default By The Clerk was filed electronically on April 30, 2008.

        **s/ Robert Marc Chemers**
        Robert Marc Chemers Bar Number: 00431508
        ***Attorneys for Plaintiff***
        PRETZEL & STOUFFER, CHARTERED
        One South Wacker Drive
        Suite 2500
        Chicago, Illinois 60606
        Telephone:   (312) 578-7548
        Fax:   (312) 346-8242
        E-Mail:   rchemers@pretzel-stouffer.com