E-FILED
Tuesday, 13 May, 2008  12:25:11 PM
Clerk, U.S. District Court, ILCD

063594.0347(207)  HEP:gb
063595.0347(207)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 3:08-cv-03043-JES-CHE |
| A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK, | ) ) ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF MAY 12, 2008

Now comes the Plaintiff, State Auto Property & Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and submits the following Response to the Court's Order of May 12, 2008.

As the Plaintiff is mindful that for diversity purposes, a limited liability company is a citizen of each state in which a member is a citizen, it has specifically identified and sued the members of each of the limited liability companies along with their citizenship criteria in its Complaint for Declaratory Judgment.

A-M, L.L.C. ("A-M") is comprised of three members. Alan LaRochelle, who owns a 25% interest in A-M, is a citizen of the State of Illinois and a resident of Bloomington,

Illinois (Doc. 1, ¶ 6). Victor Armstrong, who owns a 25% interest in A-M, is a citizen of the State of Illinois and a resident of Bloomington, Illinois (Doc. 1, ¶ 7). Michael Suhadolnik, who owns the remaining 50% interest in A-M, is a citizen of the State of Illinois and resides in or near Springfield, Illinois (Doc. 1, ¶ 8).

V-M, L.L.C. ("V-M") is comprised of two members. Victor Armstrong, who owns a 50% interest in V-M, is a citizen of the State of Illinois and a resident of Bloomington, Illinois (Doc. 1, ¶ 7). Michael Suhadolnik, who owns the remaining 50% interest in V-M, is a citizen of the State of Illinois and resides in or near Springfield, Illinois (Doc. 1, ¶ 8).

As pled in its Complaint, the Plaintiff is an Iowa corporation, which maintains its principal place of business in Columbus, Ohio. As such, diversity of citizenship between each member of A-M and V-M and the Plaintiff exists. The Plaintiff asks that this Court proceed on its previously filed Motions for Entry of Default (Doc. 6, 7, 8).

        s/ Robert Marc Chemers
Bar Number: 00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:              (312) 346-8242
E-Mail:         rchemers@pretzel-stouffer.com
**Attorneys for Plaintiff**

Robert Marc Chemers
Heather E. Plunkett
*Of Counsel*

## CERTIFICATE OF FILING

The foregoing Response to the Court's Order of May 12, 2008 was filed electronically on May 13, 2008.

          **s/ Robert Marc Chemers**
          Robert Marc Chemers Bar Number: 00431508
          ***Attorneys for Plaintiff***
          PRETZEL & STOUFFER, CHARTERED
          One South Wacker Drive
          Suite 2500
          Chicago, Illinois 60606
          Telephone:  (312) 578-7548
          Fax:  (312) 346-8242
          E-Mail:  rchemers@pretzel-stouffer.com