IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO. 08-3043 |
| A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the Plaintiff's, STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, Motion for Entry of Default and the Court being fully advised in the premises finds that the Defendant, A-M, L.L.C., an Illinois limited liability company, has been served with summons and complaint as shown by the file in this case and has not answered or otherwise pled to the complaint filed herein;

1

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be and the same is hereby entered against the Defendant named herein for its failure to appear, answer, or otherwise plead in this cause in the time and manner provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiff files with this court a motion for default judgment.

Entered this 14th day of May, 2008.

s/Charles H. Evans
CHARLES H. EVANS
United States Magistrate Judge