063594.0347(207)   HEP:gb
063595.0347(207)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | No. 3:08-cv-03043-JES-CHE |
| **A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK,** ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Now comes the Plaintiff, State Auto Property & Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Federal Rule of Civil Procedure 55(b), moves this Honorable Court to enter a default judgment in its favor and against the Defendants A-M, L.L.C., V-M, L.L.C., and Alan LaRochelle, and, in support hereof, the Plaintiff submits its Memorandum of Law.

s/ Robert Marc Chemers
Bar Number: 00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:             (312) 346-8242
E-Mail:        rchemers@pretzel-stouffer.com
*Attorney for Plaintiff*

## CERTIFICATE OF FILING

The foregoing Motion for Entry of Default Judgment was filed electronically on May 15, 2008.

                    **s/ Robert Marc Chemers**
                    Robert Marc Chemers Bar Number: 00431508
                    *Attorneys for Plaintiff*
                    PRETZEL & STOUFFER, CHARTERED
                    One South Wacker Drive
                    Suite 2500
                    Chicago, Illinois 60606
                    Telephone:   (312) 578-7548
                    Fax:          (312) 346-8242
                    E-Mail:      rchemers@pretzel-stouffer.com