AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of of Illinois

| | |
|---|---|
| State Auto Property & Casualty Insurance Company ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 3:08-cv-03043-JES-CHE |
| A-M, L.L.C., an Illinois limited liability company, et al ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Victor E. Armstrong, Jr.
702 N Clinton
Bloomington, IL 61701

A lawsuit has been filed against you.

Within  30  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert Marc Chemers
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ Pamela E. Robinson

_____
Name of clerk of court
s/ M. Eddings

Date:   5/16/08

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*