E-FILED
Tuesday, 10 June, 2008  03:15:08 PM
Clerk, U.S. District Court, ILCD

063594.0347(207)         RMC:ddm
063595.0347(207)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| **STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,** ) ) ) **Plaintiff,** ) ) v. ) ) **A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK,** ) ) ) ) ) ) ) **Defendants.** ) | No. 08-CV-03043 JES-CHE |

## MOTION TO VOLUNTARILY DISMISS

Now comes the Plaintiff, State Auto Property and Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Rule 41 of the Federal Rules of Civil Procedure moves this Honorable Court to dismiss this action as to Defendant Victor Armstrong, who has withdrawn his tender of defense, which withdrawal has rendered this action as to Victor Armstrong moot.

s/ Robert Marc Chemers
Bar Number: 00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:  (312) 578-7548
Fax:        (312) 346-8242
E-Mail:     rchemers@pretzel-stouffer.com
***Attorneys for Plaintiff***

## CERTIFICATE OF FILING

The foregoing Motion to Voluntarily Dismiss Defendant Victor Armstrong was filed electronically on June 10, 2008.

                                        **s/ Robert Marc Chemers**
                                        Robert Marc Chemers Bar Number: 00431508
                                        ***Attorneys for Plaintiff***
                                        PRETZEL & STOUFFER, CHARTERED
                                        One South Wacker Drive
                                        Suite 2500
                                        Chicago, Illinois 60606
                                        Telephone:   (312) 578-7548
                                        Fax:             (312) 346-8242
                                        E-Mail:      rchemers@pretzel-stouffer.com

063594.0347(207)  RMC:ddm
063595.0347(207)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,  )  )  ) | |
| **Plaintiff,**  )  ) | |
| v.  )  ) | No. 08-CV-03043 JES-CHE |
| A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK,  )  )  )  )  )  )  ) | |
| **Defendants.**  ) | |

### ORDER

This cause coming on to be heard on Motion of the Plaintiff, no notice being required as no party defendant has appeared, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion of the Plaintiff to voluntarily dismiss its action against Defendant Victor Armstrong as moot, said Defendant having withdrawn his tender of defense, is granted.

_____
JUDGE

Dated:_____, 2008

Robert Marc Chemers
Bar Number:  00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:    (312) 578-7548
Fax:          (312) 346-8242
E-Mail:       rchemers@pretzel-stouffer.com
***Attorneys for Plaintiff***