063594.0347(207)    RMC:ddm
063595.0347(207)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) A-M, L.L.C., an Illinois limited liability ) company, V-M, L.L.C., an Illinois limited ) liability company, ALAN LaROCHELLE, ) VICTOR ARMSTRONG, and MICHAEL ) SUHADOLNIK, ) ) Defendants. ) | No. 08-CV-03043 JES-CHE |

## MOTION TO VOLUNTARILY DISMISS

Now comes the Plaintiff, State Auto Property and Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and moves this Honorable Court to voluntarily dismiss this action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, as moot, as Defendants A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, and Alan LaRochelle, have withdrawn their tender of defense to the Plaintiff thereby rendering this action moot.

s/ Robert Marc Chemers
Bar Number: 00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:             (312) 346-8242
E-Mail:        rchemers@pretzel-stouffer.com
***Attorneys for Plaintiff***

## CERTIFICATE OF FILING

The foregoing Motion to Voluntarily Dismiss Defendants A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, and Alan LaRochelle was filed electronically on June 10, 2008.

        **s/ Robert Marc Chemers**
        Robert Marc Chemers Bar Number: 00431508
        ***Attorneys for Plaintiff***
        PRETZEL & STOUFFER, CHARTERED
        One South Wacker Drive
        Suite 2500
        Chicago, Illinois 60606
        Telephone:  (312) 578-7548
        Fax:  (312) 346-8242
        E-Mail:  rchemers@pretzel-stouffer.com

063594.0347(207)            RMC:ddm
063595.0347(207)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK, )<br>)<br>)<br>)<br>)<br>Defendants. ) | No. 08-CV-03043 JES-CHE |

## ORDER

This cause coming on to be heard on Motion of the Plaintiff, no notice being required as no party defendant has appeared, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that pursuant to the Motion of the Plaintiff this cause be and the same hereby is dismissed as to all parties as Defendants A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, and Alan LaRochelle, have withdrawn their tenders of defense to the Plaintiff and thereby rendered this action moot.

```
_____
            JUDGE
```

Dated:_____, 2008

Robert Marc Chemers
Bar Number:  00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:	(312) 578-7548
Fax:		(312) 346-8242
E-Mail:	rchemers@pretzel-stouffer.com
***Attorneys for Plaintiff***