063594.0347(207)  RMC:ddm
063595.0347(207)

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |  |
|---|---|---|
| **STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. 08-CV-03043 JES-CHE |
| **A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**MOTION TO VOLUNTARILY DISMISS**

Now comes the Plaintiff, State Auto Property and Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Rule 41 of the Federal Rules of Civil Procedure moves this Honorable Court to dismiss this action as to Defendant Michael Suhadolnik who has not appeared or waived process and who has not been served, as there is no longer a case or controversy against the remaining Defendant Michael Suhadolnik, as the other Defendants have withdrawn their tenders of defense to Plaintiff, which withdrawals have rendered this declaratory judgment action as to Michael Suhadolnik and all Defendants moot, and the Court on June 12, 2008 dismissed the action as to all other Defendants, hence there are no claims against the remaining Defendant Michael Suhadolnik. Plaintiff asks the Court to dismiss the remaining Defendant and to close the case as terminated.

s/ Robert Marc Chemers
Bar Number:  00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:         (312) 346-8242
E-Mail:      rchemers@pretzel-stouffer.com
**Attorneys for Plaintiff**

- 2 -

## CERTIFICATE OF FILING

The foregoing Motion to Voluntarily Dismiss Defendant Michael Suhadolnik was filed electronically on June 13, 2008.

                                      **s/ Robert Marc Chemers**
Robert Marc Chemers Bar Number: 00431508
***Attorneys for Plaintiff***
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:     (312) 578-7548
Fax:                (312) 346-8242
E-Mail:           rchemers@pretzel-stouffer.com

063594.0347(207)                    RMC:ddm
063595.0347(207)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| **STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**A-M, L.L.C., an Illinois limited liability company, V-M, L.L.C., an Illinois limited liability company, ALAN LaROCHELLE, VICTOR ARMSTRONG, and MICHAEL SUHADOLNIK,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )| No. 08-CV-03043 JES-CHE |

## ORDER

This cause coming on to be heard on Motion of the Plaintiff, no notice being required as no party defendant has appeared, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion of the Plaintiff to voluntarily dismiss its action against Defendant Michael Suhadolnik as moot, as the other Defendants withdrew their tenders of defense rendering this action moot, and the other Defendants were dismissed by the Court pursuant to Plaintiff's Motion on June 12, 2008, there are no claims pending against said Defendant, is granted. This action is terminated and ordered closed.

_____
JUDGE

Dated:_____, 2008

Robert Marc Chemers
Bar Number:  00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:             (312) 346-8242
E-Mail:         rchemers@pretzel-stouffer.com
***Attorneys for Plaintiff***